| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pollak, Cheryl L. | 2. Court or Organization<br><br>U.S. District Court, E.D.N.Y. | 3. Date of Report<br><br>10/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse, E.D.N.Y.<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 401(k) Retirement Accounts with Morgan, Lewis | A | Interest | P1 | T | | | | | |
| 2. | Accenture | A | Dividend | J | T | Buy (add'l) | 02/18/11 | J | | |
| 3. | Accenture | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |
| 4. | Accenture | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 5. | Accenture | A | Dividend | J | T | Buy (add'l) | 05/09/11 | J | | |
| 6. | Accenture | A | Dividend | J | T | Sold (part) | 06/27/11 | J | A | |
| 7. | Accenture | A | Dividend | J | T | Sold (part) | 08/11/11 | J | A | |
| 8. | Accenture | A | Dividend | J | T | Sold (part) | 10/07/11 | J | A | |
| 9. | Accenture | A | Dividend | J | T | Sold (part) | 10/20/11 | J | A | |
| 10. | Accenture | A | Dividend | J | T | Sold (part) | 12/19/11 | J | A | |
| 11. | Accenture | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 12. | Ace Limited | A | Dividend | | | Sold | 09/29/11 | J | A | |
| 13. | Agrium Inc. | A | Dividend | | | Sold (part) | 01/21/11 | J | A | |
| 14. | Agrium Inc. | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 15. | Alcoa Inc. | A | Dividend | | | Sold (part) | 04/01/11 | J | A | |
| 16. | Alcoa Inc. | A | Dividend | | | Sold (part) | 04/06/11 | J | A | |
| 17. | Alcoa Inc. | A | Dividend | | | Buy (add'l) | 05/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alcoa Inc. | A | Dividend | | | Buy (add'l) | 08/30/11 | J | | |
| 19. Alcoa Inc. | A | Dividend | | | Sold (part) | 09/30/11 | J | A | |
| 20. Alcoa Inc. | A | Dividend | | | Sold | 10/06/11 | J | A | |
| 21. Alcon Inc. | A | Dividend | | | Sold (part) | 01/05/11 | J | A | |
| 22. Alcon Inc. | A | Dividend | | | Sold (part) | 01/10/11 | J | A | |
| 23. Alcon Inc. | A | Dividend | | | Sold (part) | 01/14/11 | J | A | |
| 24. Alcon Inc. | A | Dividend | | | Sold (part) | 01/31/11 | J | A | |
| 25. Alcon Inc. | A | Dividend | | | Sold (part) | 02/10/11 | J | A | |
| 26. Alcon Inc. | A | Dividend | | | Sold (part) | 02/23/11 | J | A | |
| 27. Alcon Inc. | A | Dividend | | | Sold (part) | 03/04/11 | J | A | |
| 28. Alcon Inc. | A | Dividend | | | Sold | 03/23/11 | J | A | |
| 29. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 01/12/11 | J | | |
| 30. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 02/02/11 | J | | |
| 31. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 32. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 03/17/11 | J | | |
| 33. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 34. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 04/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 04/26/11 | J | | |
| 36. Allergan Inc. | A | Dividend | J | T | Sold (part) | 05/11/11 | J | B | |
| 37. Allergan Inc. | A | Dividend | J | T | Sold (part) | 08/11/11 | J | B | |
| 38. Amazon.com Inc. | A | Dividend | J | T | Buy (add'l) | 01/31/11 | J | | |
| 39. Amazon.com Inc. | A | Dividend | J | T | Buy (add'l) | 02/25/11 | J | | |
| 40. Amazon.com Inc. | A | Dividend | J | T | Buy (add'l) | 03/17/11 | J | | |
| 41. Amazon.com Inc. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 42. Aon Corp. | A | Dividend | | | Buy (add'l) | 01/20/11 | J | | |
| 43. Aon Corp. | A | Dividend | | | Buy (add'l) | 02/15/11 | J | | |
| 44. Aon Corp. | A | Dividend | | | Buy (add'l) | 02/22/11 | J | | |
| 45. Aon Corp. | A | Dividend | | | Sold (part) | 04/13/11 | J | A | |
| 46. Aon Corp. | A | Dividend | | | Sold (part) | 04/20/11 | J | A | |
| 47. Aon Corp. | A | Dividend | | | Sold | 05/26/11 | J | A | |
| 48. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 49. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy (add'l) | 06/14/11 | J | | |
| 50. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy (add'l) | 06/22/11 | J | | |
| 51. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy (add'l) | 07/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy (add'l) | 07/06/11 | J | | |
| 53. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy (add'l) | 08/01/11 | J | | |
| 54. Anadarko Petroleum Corp. | A | Dividend | J | T | Sold (part) | 11/10/11 | J | A | |
| 55. Anadarko Petroleum Corp. | A | Dividend | J | T | Sold (part) | 11/11/11 | J | A | |
| 56. Apollo Group Inc. | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 57. Apple Inc. | A | Dividend | K | T | Sold (part) | 01/13/11 | J | E | |
| 58. Apple Inc. | A | Dividend | K | T | Sold (part) | 02/09/11 | J | E | |
| 59. Apple Inc. | A | Dividend | K | T | Sold (part) | 02/18/11 | J | E | |
| 60. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 03/07/11 | J | | |
| 61. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 03/10/11 | J | | |
| 62. Apple Inc. | A | Dividend | K | T | Sold (part) | 04/07/11 | J | A | |
| 63. Apple Inc. | A | Dividend | K | T | Sold (part) | 04/08/11 | J | A | |
| 64. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 05/13/11 | J | | |
| 65. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 05/17/11 | J | | |
| 66. Apple Inc. | A | Dividend | K | T | Sold (part) | 07/20/11 | J | A | |
| 67. Apple Inc. | A | Dividend | K | T | Sold (part) | 09/27/11 | J | A | |
| 68. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 11/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Applied Materials Inc. | A | Dividend | J | T | Buy | 07/27/11 | J | | |
| 70. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 71. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 10/07/11 | J | | |
| 72. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 10/13/11 | J | | |
| 73. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 10/18/11 | J | | |
| 74. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |
| 75. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 11/23/11 | J | | |
| 76. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 12/23/11 | J | | |
| 77. Aruba Network Inc. | A | Dividend | | | Buy | 07/26/11 | J | | |
| 78. Aruba Network Inc. | A | Dividend | | | Sold | 11/16/11 | J | A | |
| 79. Archer-Daniels-Midland Co. | A | Dividend | | | Buy (add'l) | 02/15/11 | J | | |
| 80. Archer-Daniels-Midland Co. | A | Dividend | | | Buy (add'l) | 02/22/11 | J | | |
| 81. Archer-Daniels-Midland Co. | A | Dividend | | | Sold | 05/23/11 | J | A | |
| 82. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 06/24/11 | J | | |
| 83. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 06/29/11 | J | | |
| 84. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 08/11/11 | J | | |
| 85. AT&T Inc. | A | Dividend | J | T | Sold (part) | 01/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 03/09/11 | J | | |
| 87. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 88. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 04/06/11 | J | | |
| 89. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 04/07/11 | J | | |
| 90. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 04/20/11 | J | | |
| 91. AT&T Inc. | A | Dividend | J | T | Sold (part) | 07/15/11 | J | A | |
| 92. AT&T Inc. | A | Dividend | J | T | Sold (part) | 07/19/11 | J | A | |
| 93. AT&T Inc. | A | Dividend | J | T | Sold (part) | 07/28/11 | J | A | |
| 94. Bank of America - CD (formerly Citibank NA - CD) | A | Interest | M | T | | | | | |
| 95. BB&T Corp. | A | Dividend | | | Buy (add'l) | 03/18/11 | J | | |
| 96. BB&T Corp. | A | Dividend | | | Sold | 04/12/11 | J | A | |
| 97. Berkshire Hathaway Inc. | A | Dividend | J | T | | | | | |
| 98. Bernstein Emerging Markets Portfolio | A | Dividend | K | T | Buy (add'l) | 12/14/11 | J | | |
| 99. Bernstein International Portfolio | A | Dividend | L | T | Sold (part) | 01/20/11 | J | A | |
| 100. Bernstein International Portfolio | A | Dividend | L | T | Sold (part) | 04/13/11 | J | A | |
| 101. Bernstein International Portfolio | A | Dividend | L | T | Sold (part) | 07/15/11 | J | A | |
| 102. Bernstein International Portfolio | A | Dividend | L | T | Sold (part) | 10/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bernstein International Portfolio | A | Dividend | L | T | Buy (add'l) | 12/14/11 | J | | |
| 104. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 01/10/11 | J | | |
| 105. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 01/19/11 | J | | |
| 106. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 02/04/11 | J | | |
| 107. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 02/15/11 | J | | |
| 108. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 02/22/11 | J | | |
| 109. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 02/23/11 | J | | |
| 110. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 03/07/11 | J | | |
| 111. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 03/18/11 | J | | |
| 112. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 03/31/11 | J | | |
| 113. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 04/08/11 | J | | |
| 114. Bernstein New York Municipal Portfolio | A | Dividend | P1 | T | Buy (add'l) | 04/26/11 | J | | |
| 115. Bernstein Tax Managed International Portfolio | A | Dividend | N | T | Buy (add'l) | 05/24/11 | J | | |
| 116. Bernstein Tax Managed International Portfolio | A | Dividend | N | T | Buy (add'l) | 11/22/11 | J | | |
| 117. Bernstein Tax Managed International Portfolio | A | Dividend | N | T | Buy (add'l) | 12/22/11 | J | | |
| 118. Bernstein Tax Managed International Portfolio | A | Dividend | N | T | Buy (add'l) | 12/23/11 | J | | |
| 119. Blackrock Global Allocations Fd Inc. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Boeing Co. | A | Dividend | J | T | Buy | 11/01/11 | J | | |
| 121. Boeing Co. | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 122. Boeing Co. | A | Dividend | J | T | Buy (add'l) | 11/07/11 | J | | |
| 123. Boeing Co. | A | Dividend | J | T | Buy (add'l) | 11/09/11 | J | | |
| 124. Boeing Co. | A | Dividend | J | T | Buy (add'l) | 11/10/11 | J | | |
| 125. Boeing Co. | A | Dividend | J | T | Buy (add'l) | 11/22/11 | J | | |
| 126. Borgwarner Inc. | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 127. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |
| 128. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 02/24/11 | J | | |
| 129. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 03/04/11 | J | | |
| 130. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 131. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 03/23/11 | J | | |
| 132. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 03/24/11 | J | | |
| 133. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 05/13/11 | J | | |
| 134. Borgwarner Inc. | A | Dividend | J | T | Buy (add'l) | 06/22/11 | J | | |
| 135. Borgwarner Inc. | A | Dividend | J | T | Sold (part) | 10/27/11 | J | A | |
| 136. BP | A | Dividend | K | T | Buy | 08/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BP | A | Dividend | K | T | Buy (add'l) | 09/15/11 | J | | |
| 138. BP | A | Dividend | K | T | Buy (add'l) | 09/20/11 | J | | |
| 139. BP | A | Dividend | K | T | Buy (add'l) | 10/07/11 | J | | |
| 140. BP | A | Dividend | K | T | Buy (add'l) | 10/11/11 | J | | |
| 141. BP | A | Dividend | K | T | Buy (add'l) | 10/26/11 | J | | |
| 142. BP | A | Dividend | K | T | Buy (add'l) | 10/31/11 | J | | |
| 143. BP | A | Dividend | K | T | Buy (add'l) | 11/23/11 | J | | |
| 144. Broadcom Corp. | A | Dividend | J | T | Buy (add'l) | 02/17/11 | J | | |
| 145. Broadcom Corp. | A | Dividend | J | T | Buy (add'l) | 04/01/11 | J | | |
| 146. Broadcom Corp. | A | Dividend | J | T | Buy (add'l) | 04/28/11 | J | | |
| 147. Broadcom Corp. | A | Dividend | J | T | Buy (add'l) | 05/05/11 | J | | |
| 148. Broadcom Corp. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 149. Broadcom Corp. | A | Dividend | J | T | Buy (add'l) | 07/11/11 | J | | |
| 150. Broadcom Corp. | A | Dividend | J | T | Sold (part) | 12/14/11 | J | A | |
| 151. Bunge Ltd. | A | Dividend | | | Sold (part) | 08/25/11 | J | A | |
| 152. Bunge Ltd. | A | Dividend | | | Buy (add'l) | 09/13/11 | J | | |
| 153. Bunge Ltd. | A | Dividend | | | Sold (part) | 09/30/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bunge Ltd. | A | Dividend | | | Sold | 10/10/11 | J | A | |
| 155. Cablevision | A | Dividend | | | Sold (part) | 01/03/11 | J | A | |
| 156. Cablevision | A | Dividend | | | Sold | 02/14/11 | J | A | |
| 157. Cameron Int'l. | A | Dividend | | | Buy (add'l) | 01/14/11 | J | | |
| 158. Cameron Int'l. | A | Dividend | | | Buy (add'l) | 01/18/11 | J | | |
| 159. Cameron Int'l. | A | Dividend | | | Sold (part) | 05/09/11 | J | A | |
| 160. Cameron Int'l. | A | Dividend | | | Sold (part) | 05/23/11 | J | A | |
| 161. Cameron Int'l. | A | Dividend | | | Sold | 05/26/11 | J | A | |
| 162. Capital One Financial Corp. | A | Dividend | | | Sold (part) | 03/07/11 | J | A | |
| 163. Capital One Financial Corp. | A | Dividend | | | Sold | 04/06/11 | J | A | |
| 164. Carnival Corp. | A | Dividend | | | Buy (add'l) | 03/03/11 | J | | |
| 165. Carnival Corp. | A | Dividend | | | Buy (add'l) | 03/18/11 | J | | |
| 166. Carnival Corp. | A | Dividend | | | Sold (part) | 03/29/11 | J | A | |
| 167. Carnival Corp. | A | Dividend | | | Sold | 04/08/11 | J | A | |
| 168. CBRE Group Inc. (formerly CB Richard Ellis Group Inc.) | A | Dividend | J | T | Buy | 07/29/11 | J | | |
| 169. CBRE Group Inc. (formerly CB Richard Ellis Group Inc.) | A | Dividend | J | T | Buy (add'l) | 08/02/11 | J | | |
| 170. CBRE Group Inc. (formerly CB Richard Ellis Group Inc.) | A | Dividend | J | T | Buy (add'l) | 08/26/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CBRE Group Inc. (formerly CB Richard Ellis Group Inc.) | A | Dividend | J | T | Buy (add'l) | 09/20/11 | J | | |
| 172. CBRE Group Inc. (formerly CB Richard Ellis Group Inc.) | A | Dividend | J | T | Buy (add'l) | 12/02/11 | J | | |
| 173. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 02/15/11 | J | | |
| 174. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 02/17/11 | J | | |
| 175. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 176. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 03/30/11 | J | | |
| 177. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 05/02/11 | J | | |
| 178. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 05/16/11 | J | | |
| 179. Celgene Corp. | A | Dividend | J | T | Sold (part) | 08/11/11 | J | A | |
| 180. Celgene Corp. | A | Dividend | J | T | Sold (part) | 10/18/11 | J | A | |
| 181. Celgene Corp. | A | Dividend | J | T | Sold (part) | 10/20/11 | J | A | |
| 182. Celgene Corp. | A | Dividend | J | T | Sold (part) | 10/27/11 | J | A | |
| 183. Celgene Corp. | A | Dividend | J | T | Sold (part) | 12/09/11 | J | A | |
| 184. Celgene Corp. | A | Dividend | J | T | Sold (part) | 12/14/11 | J | A | |
| 185. Celgene Corp. | A | Dividend | J | T | Sold (part) | 12/16/11 | J | A | |
| 186. Centerpoint Energy Inc. | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 187. Centerpoint Energy Inc. | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 189. Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 190. Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 191. Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 09/14/11 | J | | |
| 192. Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 193. CF Industries Holdings Inc. | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 194. Cintas Corp. | A | Dividend | K | T | | | | | |
| 195. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 01/14/11 | J | A | |
| 196. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 02/10/11 | J | A | |
| 197. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 02/14/11 | J | A | |
| 198. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 02/16/11 | J | A | |
| 199. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 02/24/11 | J | A | |
| 200. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 03/17/11 | J | A | |
| 201. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 04/04/11 | J | A | |
| 202. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 203. Cit Group Inc. | A | Dividend | J | T | Buy | 12/07/11 | J | | |
| 204. Citibank-Checking | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Citibank Insured Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 206. Citibank Insured Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 207. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 208. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 209. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 210. Citigroup Inc. | A | Dividend | K | T | Buy | 02/18/11 | J | | |
| 211. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 02/23/11 | J | | |
| 212. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 02/24/11 | J | | |
| 213. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 03/09/11 | J | | |
| 214. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 03/10/11 | J | | |
| 215. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 03/21/11 | J | | |
| 216. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 03/30/11 | J | | |
| 217. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 04/08/11 | J | | |
| 218. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 219. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 04/20/11 | J | | |
| 220. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 04/28/11 | J | | |
| 221. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 04/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 05/17/11 | J | | |
| 223. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 05/19/11 | J | | |
| 224. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 05/27/11 | J | | |
| 225. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 06/09/11 | J | | |
| 226. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 07/11/11 | J | | |
| 227. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 07/22/11 | J | | |
| 228. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 07/26/11 | J | | |
| 229. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 10/24/11 | J | | |
| 230. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 10/25/11 | J | | |
| 231. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 10/26/11 | J | | |
| 232. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 11/28/11 | J | | |
| 233. Citrix Systems Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/11 | J | | |
| 234. Citrix Systems Inc. | A | Dividend | J | T | Buy (add'l) | 03/10/11 | J | | |
| 235. Citrix Systems Inc. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 236. Citrix Sytems Inc. | A | Dividend | J | T | Buy (add'l) | 06/14/11 | J | | |
| 237. Citrix Systems Inc. | A | Dividend | J | T | Buy (add'l) | 06/22/11 | J | | |
| 238. Citrix Systems Inc. | A | Dividend | J | T | Sold (part) | 10/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Cliffs Natural Resources Inc. | A | Dividend | | | Sold | 02/17/11 | J | A | |
| 240. CME Group Inc. | A | Dividend | | | Sold (part) | 01/28/11 | J | A | |
| 241. CME Group Inc. | A | Dividend | | | Sold (part) | 02/18/11 | J | A | |
| 242. CME Group Inc. | A | Dividend | | | Sold (part) | 03/04/11 | J | A | |
| 243. CME Group Inc. | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 244. CMS Energy Corp. | A | Dividend | J | T | Buy | 08/19/11 | J | | |
| 245. CMS Energy Corp. | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |
| 246. Comcast Corp. | A | Dividend | J | T | Sold (part) | 01/19/11 | J | A | |
| 247. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 02/18/11 | J | | |
| 248. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 02/22/11 | J | | |
| 249. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 03/01/11 | J | | |
| 250. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 03/21/11 | J | | |
| 251. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 03/30/11 | J | | |
| 252. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 253. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 04/14/11 | J | | |
| 254. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 04/20/11 | J | | |
| 255. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Comcast Corp. | A | Dividend | J | T | Sold (part) | 05/16/11 | J | A | |
| 257. Comcast Corp. | A | Dividend | J | T | Sold (part) | 05/19/11 | J | A | |
| 258. Comcast Corp. | A | Dividend | J | T | Sold (part) | 05/27/11 | J | A | |
| 259. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 10/28/11 | J | | |
| 260. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 11/01/11 | J | | |
| 261. Comcast Corp. | A | Dividend | J | T | Sold (part) | 11/29/11 | J | A | |
| 262. Comcast Corp. | A | Dividend | J | T | Sold (part) | 12/02/11 | J | A | |
| 263. Comcast Corp. | A | Dividend | J | T | Sold (part) | 12/14/11 | J | A | |
| 264. Comcast Corp. | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 265. Comerica Inc. | A | Dividend | | | Buy (add'l) | 03/18/11 | J | | |
| 266. Comerica Inc. | A | Dividend | | | Sold | 04/06/11 | J | A | |
| 267. Commerical Metals Co. | A | Dividend | | | Sold | 08/10/11 | J | A | |
| 268. Conocophillips Inc. | A | Dividend | J | T | Sold (part) | 02/17/11 | J | A | |
| 269. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 04/13/11 | J | | |
| 270. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 04/18/11 | J | | |
| 271. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 05/02/11 | J | | |
| 272. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 06/07/11 | J | | |
| 274. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 07/22/11 | J | | |
| 275. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |
| 276. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 07/27/11 | J | | |
| 277. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 278. Conocophillips Inc. | A | Dividend | J | T | Buy (add'l) | 08/12/11 | J | | |
| 279. Conocophillips Inc. | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |
| 280. Conocophillips Inc. | A | Dividend | J | T | Sold (part) | 12/07/11 | J | A | |
| 281. Conocophillips Inc. | A | Dividend | J | T | Sold (part) | 12/16/11 | J | A | |
| 282. Constellation Brands Inc. | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 283. Constellation Energy Group | A | Dividend | | | Sold | 02/09/11 | J | A | |
| 284. Cooper Industries | A | Dividend | | | Sold (part) | 01/25/11 | J | A | |
| 285. Cooper Industries | A | Dividend | | | Sold (part) | 03/16/11 | J | A | |
| 286. Cooper Industries | A | Dividend | | | Buy (add'l) | 04/26/11 | J | | |
| 287. Cooper Industries | A | Dividend | | | Sold (part) | 05/24/11 | J | A | |
| 288. Cooper Industries | A | Dividend | | | Sold (part) | 07/14/11 | J | | |
| 289. Cooper Industries | A | Dividend | | | Sold | 08/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Corning Inc. | A | Dividend | J | T | Buy (add'l) | 03/11/11 | J | | |
| 291. Corning Inc. | A | Dividend | J | T | Buy (add'l) | 03/14/11 | J | | |
| 292. Corning Inc. | A | Dividend | J | T | Buy (add'l) | 03/16/11 | J | | |
| 293. Corning Inc. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 294. Corning Inc. | A | Dividend | J | T | Sold (part) | 04/27/11 | J | A | |
| 295. Corning Inc. | A | Dividend | J | T | Buy (add'l) | 08/15/11 | J | | |
| 296. Costco Wholesale Corp. | A | Dividend | | | Sold (part) | 01/21/11 | J | A | |
| 297. Costco Wholesale Corp. | A | Dividend | | | Sold (part) | 03/04/11 | J | A | |
| 298. Costco Wholesale Corp. | A | Dividend | | | Sold (part) | 03/16/11 | J | A | |
| 299. Costco Wholesale Corp. | A | Dividend | | | Sold | 03/21/11 | J | A | |
| 300. Covidien PLC | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 301. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 07/25/11 | J | | |
| 302. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 10/04/11 | J | | |
| 303. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 10/19/11 | J | | |
| 304. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 10/20/11 | J | | |
| 305. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 10/28/11 | J | | |
| 306. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 11/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 11/15/11 | J | | |
| 308. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 11/18/11 | J | | |
| 309. Covidien PLC | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 310. Crane Co. | A | Dividend | K | T | | | | | |
| 311. Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 03/30/11 | J | | |
| 312. Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 05/16/11 | J | | |
| 313. Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |
| 314. Davis NY Venture Fund - Mutual Fund | A | Dividend | M | T | | | | | |
| 315. Deere & Co. | A | Dividend | | | Sold (part) | 02/14/11 | J | A | |
| 316. Deere & Co. | A | Dividend | | | Sold (part) | 02/15/11 | J | A | |
| 317. Deere & Co. | A | Dividend | | | Sold (part) | 02/16/11 | J | A | |
| 318. Deere & Co. | A | Dividend | | | Sold | 03/03/11 | J | A | |
| 319. Dell Inc. | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 320. Dell Inc. | A | Dividend | J | T | Sold (part) | 04/20/11 | J | A | |
| 321. Dell Inc. | A | Dividend | J | T | Sold (part) | 06/02/11 | J | A | |
| 322. Dell Inc. | A | Dividend | J | T | Sold (part) | 07/26/11 | J | A | |
| 323. Dell Inc. | A | Dividend | J | T | Buy (add'l) | 09/06/11 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Dell Inc. | A | Dividend | J | T | Sold (part) | 10/25/11 | J | A | |
| 325. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 01/04/11 | J | | |
| 326. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 01/25/11 | J | | |
| 327. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 328. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |
| 329. Delta Air Lines Inc. | A | Dividend | J | T | Sold (part) | 03/09/11 | J | A | |
| 330. Delta Air Lines Inc. | A | Dividend | J | T | Sold (part) | 03/16/11 | J | A | |
| 331. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 04/20/11 | J | | |
| 332. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 05/27/11 | J | | |
| 333. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 07/25/11 | J | | |
| 334. Delta Air Lines Inc. | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |
| 335. Delta Air Lines Inc. | A | Dividend | J | T | Sold (part) | 12/13/11 | J | A | |
| 336. Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 02/02/11 | J | | |
| 337. Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 02/24/11 | J | | |
| 338. Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 03/10/11 | J | | |
| 339. Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 05/06/11 | J | | |
| 340. Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 05/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Devon Energy Corp. | A | Dividend | K | T | Sold (part) | 06/07/11 | J | A | |
| 342.  Devon Energy Corp. | A | Dividend | K | T | Sold (part) | 07/19/11 | J | A | |
| 343.  Devon Energy Corp. | A | Dividend | K | T | Sold (part) | 07/28/11 | J | A | |
| 344.  Devon Energy Corp. | A | Dividend | K | T | Sold (part) | 08/04/11 | J | A | |
| 345.  Devon Energy Corp. | A | Dividend | K | T | Sold (part) | 08/17/11 | J | A | |
| 346.  Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 09/26/11 | J | | |
| 347.  Devon Energy Corp. | A | Dividend | K | T | Buy (add'l) | 11/01/11 | J | | |
| 348.  DIRECTV - Class A | A | Dividend | J | T | Buy (add'l) | 01/06/11 | J | | |
| 349.  DIRECTV - Class A | A | Dividend | J | T | Buy (add'l) | 01/13/11 | J | | |
| 350.  DIRECTV - Class A | A | Dividend | J | T | Buy (add'l) | 01/18/11 | J | | |
| 351.  DIRECTV - Class A | A | Dividend | J | T | Sold (part) | 04/19/11 | J | A | |
| 352.  DIRECTV - Class A | A | Dividend | J | T | Sold (part) | 08/05/11 | J | A | |
| 353.  DIRECTV - Class A | A | Dividend | J | T | Buy (add'l) | 08/23/11 | J | | |
| 354.  DIRECTV - Class A | A | Dividend | J | T | Sold (part) | 09/27/11 | J | A | |
| 355.  DIRECTV - Class A | A | Dividend | J | T | Sold (part) | 10/26/11 | J | A | |
| 356.  DIRECTV - Class A | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 357.  DIRECTV - Class A | A | Dividend | J | T | Buy (add'l) | 11/29/11 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Dollar General Corp. | A | Dividend | J | T | Buy | 09/09/11 | J | | |
| 359. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 09/22/11 | J | | |
| 360. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 09/30/11 | J | | |
| 361. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 12/13/11 | J | | |
| 362. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 363. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 01/04/11 | J | | |
| 364. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 365. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 01/12/11 | J | | |
| 366. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 01/26/11 | J | | |
| 367. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 02/02/11 | J | | |
| 368. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 369. Dow Chemical | A | Dividend | J | T | Sold (part) | 05/16/11 | J | A | |
| 370. Dow Chemical | A | Dividend | J | T | Sold (part) | 05/19/11 | J | A | |
| 371. Dow Chemical | A | Dividend | J | T | Sold (part) | 08/11/11 | J | A | |
| 372. Dow Chemical | A | Dividend | J | T | Sold (part) | 08/26/11 | J | | |
| 373. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |
| 374. Dreyfus Liquid Assets | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Dreyfus NY Tax Exempt Bond Fund | A | Interest | K | T | | | | | |
| 376. DTE Energy Company | A | Dividend | J | T | Buy | 03/09/11 | J | | |
| 377. DTE Energy Company | A | Dividend | J | T | Buy (add'l) | 03/15/11 | J | | |
| 378. DTE Energy Company | A | Dividend | J | T | Sold (part) | 06/10/11 | J | A | |
| 379. DTE Energy Company | A | Dividend | J | T | Sold (part) | 06/17/11 | J | A | |
| 380. DTE Energy Company | A | Dividend | J | T | Buy (add'l) | 08/12/11 | J | | |
| 381. DTE Energy Company | A | Dividend | J | T | Buy (add'l) | 08/15/11 | J | | |
| 382. Duke Energy | A | Dividend | J | T | | | | | |
| 383. Eaton Corp. | A | Dividend | | | Sold (part) | 02/23/11 | J | A | |
| 384. Eaton Corp. | A | Dividend | | | Sold (part) | 03/03/11 | J | A | |
| 385. Eaton Corp. | A | Dividend | | | Sold | 04/15/11 | J | A | |
| 386. Edison International | A | Dividend | | | Buy (add'l) | 03/07/11 | J | | |
| 387. Edison International | A | Dividend | | | Sold | 05/18/11 | J | A | |
| 388. EMC Corp/Mass | A | Dividend | J | T | Sold (part) | 01/04/11 | J | A | |
| 389. EMC Corp/Mass | A | Dividend | J | T | Sold (part) | 01/19/11 | J | A | |
| 390. EMC Corp/Mass | A | Dividend | J | T | Buy (add'l) | 02/25/11 | J | | |
| 391. EMC Corp/Mass | A | Dividend | J | T | Buy (add'l) | 03/02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. EMC Corp/Mass | A | Dividend | J | T | Sold (part) | 04/26/11 | J | A | |
| 393. EMC Corp/Mass | A | Dividend | J | T | Buy (add'l) | 05/23/11 | J | | |
| 394. EMC Corp/Mass | A | Dividend | J | T | Sold (part) | 08/11/11 | J | A | |
| 395. Emerson Electric Co. | A | Dividend | | | Buy | 02/01/11 | J | | |
| 396. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 02/08/11 | J | | |
| 397. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 02/15/11 | J | | |
| 398. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 02/17/11 | J | | |
| 399. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 02/24/11 | J | | |
| 400. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 03/03/11 | J | | |
| 401. Emerson Electric Co. | A | Dividend | | | Sold | 03/30/11 | J | A | |
| 402. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 403. Ensco International Inc. | A | Dividend | | | Sold (part) | 03/04/11 | J | A | |
| 404. Ensco International Inc. | A | Dividend | | | Sold | 07/25/11 | J | A | |
| 405. EOG RES Inc. | A | Dividend | J | T | Buy (add'l) | 01/20/11 | J | | |
| 406. EOG RES Inc. | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |
| 407. EOG RES Inc. | A | Dividend | J | T | Buy (add'l) | 07/22/11 | J | | |
| 408. EOG RES Inc. | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 70

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Estee Lauder Companies | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 410. Estee Lauder Companies | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |
| 411. Estee Lauder Companies | A | Dividend | J | T | Sold (part) | 11/18/11 | J | A | |
| 412. Exelon | A | Dividend | J | T | | | | | |
| 413. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 03/10/11 | J | | |
| 414. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 03/15/11 | J | | |
| 415. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 416. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 417. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 05/18/11 | J | | |
| 418. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 07/19/11 | J | | |
| 419. Express Scripts Inc. | A | Dividend | J | T | Sold (part) | 07/21/11 | J | A | |
| 420. Express Scripts Inc. | A | Dividend | J | T | Sold (part) | 07/25/11 | J | A | |
| 421. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 09/30/11 | J | | |
| 422. Express Scripts Inc. | A | Dividend | J | T | Buy (add'l) | 11/18/11 | J | | |
| 423. Fifth Third Bancorp | A | Dividend | | | Sold | 02/18/11 | J | A | |
| 424. Flowserve Corp. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 425. Flowserve Corp. | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Flowserve Corp. | A | Dividend | J | T | Buy (add'l) | 04/11/11 | J | | |
| 427. Flowserve Corp. | A | Dividend | J | T | Buy (add'l) | 04/29/11 | J | | |
| 428. Flowserve Corp. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 429. FMC Technologies Inc. | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 430. FMC Technologies Inc. | A | Dividend | J | T | Buy (add'l) | 07/28/11 | J | | |
| 431. FMC Technologies Inc. | A | Dividend | J | T | Buy (add'l) | 08/02/11 | J | | |
| 432. FMC Technologies Inc. | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 433. FMC Technologies Inc. | A | Dividend | J | T | Buy (add'l) | 11/14/11 | J | | |
| 434. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 02/07/11 | J | A | |
| 435. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 02/10/11 | J | A | |
| 436. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 437. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 02/24/11 | J | A | |
| 438. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 03/03/11 | J | A | |
| 439. Ford Motor Co. | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 440. Ford Motor Co. | A | Dividend | J | T | Buy (add'l) | 08/30/11 | J | | |
| 441. Freeport McMoran Copper | A | Dividend | | | Sold (part) | 01/03/11 | J | A | |
| 442. Freeport McMoran Copper | A | Dividend | | | Sold | 02/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 70

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Gamestop Corp. | A | Dividend | J | T | Buy | 04/20/11 | J | | |
| 444. Gamestop Corp. | A | Dividend | J | T | Buy (add'l) | 04/25/11 | J | | |
| 445. Gannett Co. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 446. Gannett Co. | A | Dividend | J | T | Buy (add'l) | 08/12/11 | J | | |
| 447. Gannett Co. | A | Dividend | J | T | Buy (add'l) | 10/07/11 | J | | |
| 448. Gannett Co. | A | Dividend | J | T | Buy (add'l) | 11/23/11 | J | | |
| 449. Gap Inc. | A | Dividend | | | Buy (add'l) | 06/27/11 | J | | |
| 450. Gap Inc. | A | Dividend | | | Buy (add'l) | 07/05/11 | J | | |
| 451. Gap Inc. | A | Dividend | | | Sold | 08/11/11 | J | | |
| 452. Garmin Ltd. | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 453. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 03/16/11 | J | | |
| 454. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 08/17/11 | J | | |
| 455. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 08/29/11 | J | | |
| 456. General Electric Co. | A | Dividend | J | T | Sold (part) | 09/12/11 | J | A | |
| 457. General Electric Co. | A | Dividend | J | T | Sold (part) | 09/14/11 | J | A | |
| 458. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 12/13/11 | J | | |
| 459. General Mills | A | Dividend | J | T | Buy | 05/16/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 70

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. General Mills | A | Dividend | J | T | Buy (add'l) | 05/19/11 | J | | |
| 461. General Mills | A | Dividend | J | T | Buy (add'l) | 07/13/11 | J | | |
| 462. General Mills | A | Dividend | J | T | Buy (add'l) | 08/22/11 | J | | |
| 463. General Mills | A | Dividend | J | T | Buy (add'l) | 08/23/11 | J | | |
| 464. General Mills | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 465. General Mills | A | Dividend | J | T | Buy (add'l) | 11/01/11 | J | | |
| 466. General Mills | A | Dividend | J | T | Buy (add'l) | 11/07/11 | J | | |
| 467. General Mills | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 468. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 06/07/11 | J | | |
| 469. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 470. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 06/13/11 | J | | |
| 471. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 06/15/11 | J | | |
| 472. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 08/26/11 | J | | |
| 473. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 08/30/11 | J | | |
| 474. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 475. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 10/27/11 | J | | |
| 476. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. General Motors Corp. | A | Dividend | J | T | Buy (add'l) | 11/25/11 | J | | |
| 478. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 01/14/11 | J | A | |
| 479. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 01/19/11 | J | A | |
| 480. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 02/11/11 | J | A | |
| 481. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 02/17/11 | J | A | |
| 482. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 02/18/11 | J | A | |
| 483. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 03/11/11 | J | A | |
| 484. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 05/13/11 | J | A | |
| 485. Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 07/19/11 | J | | |
| 486. Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 08/08/11 | J | | |
| 487. Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 08/15/11 | J | | |
| 488. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 10/31/11 | J | A | |
| 489. Gilead Sciences Inc. | A | Dividend | K | T | Sold (part) | 11/22/11 | J | A | |
| 490. GP Strategies Corp. | | None | J | T | | | | | |
| 491. Goldman Sachs Group Inc. | A | Dividend | K | T | Buy (add'l) | 01/20/11 | J | | |
| 492. Goldman Sachs Group Inc. | A | Dividend | K | T | Buy (add'l) | 02/09/11 | J | | |
| 493. Goldman Sachs Group Inc | A | Dividend | K | T | Buy (add'l) | 02/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 03/16/11 | J | A | |
| 495. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 04/25/11 | J | A | |
| 496. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 05/12/11 | J | A | |
| 497. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 05/13/11 | J | A | |
| 498. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 05/23/11 | J | A | |
| 499. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 06/10/11 | J | A | |
| 500. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 07/25/11 | J | A | |
| 501. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 09/14/11 | J | A | |
| 502. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 11/01/11 | J | A | |
| 503. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 11/17/11 | J | A | |
| 504. Goldman Sachs Group Inc. | A | Dividend | K | T | Buy (add'l) | 12/19/11 | J | | |
| 505. Goodrich Corp. | A | Dividend | J | T | Sold (part) | 03/11/11 | J | A | |
| 506. Goodrich Corp. | A | Dividend | J | T | Buy (add'l) | 04/26/11 | J | | |
| 507. Goodrich Corp. | A | Dividend | J | T | Buy (add'l) | 05/16/11 | J | | |
| 508. Goodrich Corp. | A | Dividend | J | T | Sold (part) | 07/21/11 | J | A | |
| 509. Goodrich Corp. | A | Dividend | J | T | Sold (part) | 08/04/11 | J | A | |
| 510. Goodrich Corp. | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Google Inc. | A | Dividend | K | T | Sold (part) | 01/24/11 | J | D | |
| 512. Google Inc. | A | Dividend | K | T | Buy (add'l) | 03/17/11 | J | | |
| 513. Google Inc. | A | Dividend | K | T | Buy (add'l) | 03/29/11 | J | | |
| 514. Google Inc. | A | Dividend | K | T | Buy (add'l) | 03/30/11 | J | | |
| 515. Google Inc. | A | Dividend | K | T | Sold (part) | 08/11/11 | J | D | |
| 516. Google Inc. | A | Dividend | K | T | Sold (part) | 08/15/11 | J | D | |
| 517. Google Inc. | A | Dividend | K | T | Sold (part) | 08/19/11 | J | D | |
| 518. Harley Davidson Inc. | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 519. Harley Davidson Inc. | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 520. HCA Holdings Inc. | A | Dividend | | | Buy | 03/30/11 | J | | |
| 521. HCA Holdings Inc. | A | Dividend | | | Buy (add'l) | 04/11/11 | J | | |
| 522. HCA Holdings Inc. | A | Dividend | | | Sold (part) | 04/27/11 | J | A | |
| 523. HCA Holdings Inc. | A | Dividend | | | Buy (add'l) | 05/31/11 | J | | |
| 524. HCA Holdings Inc. | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 525. Health Net Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 526. Health Net Inc. | A | Dividend | J | T | Buy (add'l) | 08/12/11 | J | | |
| 527. Hershey Co. | A | Dividend | J | T | Buy | 12/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Hershey Co. | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 529. Hess Corp. | A | Dividend | | | Buy (add'l) | 05/20/11 | J | | |
| 530. Hess Corp. | A | Dividend | | | Sold | 08/11/11 | J | A | |
| 531. Hewlett Packard Co. | A | Dividend | K | T | Buy (add'l) | 02/23/11 | J | | |
| 532. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 03/01/11 | J | | |
| 533. Hewlett Packard Co. | A | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 534. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 05/24/11 | J | | |
| 535. Hewlett Packard Co. | A | Dividend | K | T | Buy (add'l) | 05/25/11 | J | | |
| 536. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 08/05/11 | J | | |
| 537. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 08/19/11 | J | | |
| 538. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 08/22/11 | J | | |
| 539. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 11/23/11 | J | | |
| 540. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 12/20/11 | J | | |
| 541. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 12/22/11 | J | | |
| 542. Honeywell Int'l. Inc. | A | Dividend | | | Buy (add'l) | 01/31/11 | J | | |
| 543. Honeywell Int'l. Inc. | A | Dividend | | | Sold (part) | 02/17/11 | J | A | |
| 544. Honeywell Int'l. Inc. | A | Dividend | | | Sold (part) | 03/14/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Honeywell Int'l. Inc. | A | Dividend | | | Sold (part) | 04/07/11 | J | A | |
| 546. Honeywell Int'l. Inc. | A | Dividend | | | Sold (part) | 04/08/11 | J | A | |
| 547. Honeywell Int'l. Inc. | A | Dividend | | | Sold | 04/14/11 | J | A | |
| 548. Huntington Ingalls Indust (spinoff of Northrop Grumman Corp) | A | Dividend | | | Sold | 06/14/11 | J | A | |
| 549. Illumina Inc. | A | Dividend | J | T | Buy | 12/08/11 | J | | |
| 550. Illumina Inc. | A | Dividend | J | T | Buy (add'l) | 12/12/11 | J | | |
| 551. Illumina Inc. | A | Dividend | J | T | Buy (add'l) | 12/23/11 | J | | |
| 552. Ingersoll Rand Co. Ltd. | A | Dividend | J | T | Sold (part) | 06/20/11 | J | A | |
| 553. Ingersoll Rand Co. Ltd. | A | Dividend | J | T | Sold (part) | 10/05/11 | J | A | |
| 554. Intel Corp. | A | Dividend | | | Sold (part) | 03/09/11 | J | A | |
| 555. Intel Corp. | A | Dividend | | | Sold (part) | 03/11/11 | J | A | |
| 556. Intel Corp. | A | Dividend | | | Sold (part) | 03/17/11 | J | A | |
| 557. Intel Corp. | A | Dividend | | | Sold | 04/05/11 | J | A | |
| 558. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 559. Int'l Business Machines Corp. | A | Dividend | | | Sold | 06/16/11 | J | A | |
| 560. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 01/10/11 | J | | |
| 561. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 01/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 01/24/11 | J | | |
| 563. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 02/15/11 | J | | |
| 564. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 03/03/11 | J | | |
| 565. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 566. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 07/15/11 | J | | |
| 567. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 08/03/11 | J | | |
| 568. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 08/23/11 | J | | |
| 569. Intuit Inc. | A | Dividend | J | T | Sold (part) | 11/14/11 | J | A | |
| 570. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | L | T | | | | | |
| 571. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 572. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 573. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 574. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 03/10/11 | J | | |
| 575. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 03/16/11 | J | | |
| 576. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 05/05/11 | J | A | |
| 577. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 08/11/11 | J | A | |
| 578. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 11/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 11/11/11 | J | | |
| 580. Johnson Controls Inc. | A | Dividend | J | T | Buy (add'l) | 03/08/11 | J | | |
| 581. Johnson Controls Inc. | A | Dividend | J | T | Sold (part) | 11/01/11 | J | A | |
| 582. Johnson Controls Inc. | A | Dividend | J | T | Sold (part) | 11/23/11 | J | A | |
| 583. JP Morgan Chase & Co. | A | Dividend | K | T | Buy (add'l) | 02/28/11 | J | | |
| 584. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 03/08/11 | J | A | |
| 585. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 03/09/11 | J | A | |
| 586. JP Morgan Chase & Co. | A | Dividend | K | T | Buy (add'l) | 03/28/11 | J | | |
| 587. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 03/30/11 | J | A | |
| 588. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 04/06/11 | J | A | |
| 589. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 05/13/11 | J | A | |
| 590. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 05/16/11 | J | A | |
| 591. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 06/20/11 | J | A | |
| 592. JP Morgan Chase & Co. | A | Dividend | K | T | Buy (add'l) | 07/22/11 | J | | |
| 593. JP Morgan Chase & Co. | A | Dividend | K | T | Buy (add'l) | 08/26/11 | J | | |
| 594. JP Morgan Chase & Co. | A | Dividend | K | T | Buy (add'l) | 09/08/11 | J | | |
| 595. JP Morgan Chase & Co. | A | Dividend | K | T | Buy (add'l) | 09/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 11/02/11 | J | A | |
| 597. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 11/11/11 | J | A | |
| 598. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 11/17/11 | J | A | |
| 599. JP Morgan Chase & Co. | A | Dividend | K | T | Sold (part) | 11/21/11 | J | A | |
| 600. Juniper Networks Inc. | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 601. Juniper Networks Inc. | A | Dividend | | | Buy (add'l) | 01/26/11 | J | | |
| 602. Juniper Networks Inc. | A | Dividend | | | Buy (add'l) | 02/22/11 | J | | |
| 603. Juniper Networks Inc. | A | Dividend | | | Buy (add'l) | 02/25/11 | J | | |
| 604. Juniper Networks Inc. | A | Dividend | | | Buy (add'l) | 04/26/11 | J | | |
| 605. Juniper Networks Inc. | A | Dividend | | | Sold (part) | 05/12/11 | J | A | |
| 606. Juniper Networks Inc. | A | Dividend | | | Sold (part) | 05/13/11 | J | A | |
| 607. Juniper Networks Inc. | A | Dividend | | | Sold (part) | 08/11/11 | J | A | |
| 608. Juniper Networks Inc. | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 609. Kimberly-Clark Corp. | A | Dividend | | | Sold (part) | 03/07/11 | J | A | |
| 610. Kimberly-Clark Corp. | A | Dividend | | | Sold | 04/14/11 | J | A | |
| 611. Kohls Corp. | A | Dividend | | | Sold (part) | 01/07/11 | J | A | |
| 612. Kohls Corp. | A | Dividend | | | Sold (part) | 02/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  Kohls Corp. | A | Dividend | | | Sold (part) | 02/28/11 | J | A | |
| 614.  Kohls Corp. | A | Dividend | | | Sold (part) | 03/14/11 | J | A | |
| 615.  Kohls Corp. | A | Dividend | | | Sold (part) | 03/30/11 | J | A | |
| 616.  Kohls Corp. | A | Dividend | | | Sold (part) | 04/05/11 | J | A | |
| 617.  Kohls Corp. | A | Dividend | | | Sold | 04/19/11 | J | A | |
| 618.  Kroger Co. | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 619.  Kroger Co. | A | Dividend | J | T | Buy (add'l) | 01/25/11 | J | | |
| 620.  Kroger Co. | A | Dividend | J | T | Buy (add'l) | 02/03/11 | J | | |
| 621.  Kroger Co. | A | Dividend | J | T | Buy (add'l) | 02/07/11 | J | | |
| 622.  Kroger Co. | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 623.  Kroger Co. | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 624.  Lam Research Corp. | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 625.  Lam Research Corp. | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 626.  Lam Research Corp. | A | Dividend | J | T | Buy (add'l) | 10/11/11 | J | | |
| 627.  Lam Research Corp. | A | Dividend | J | T | Buy (add'l) | 10/26/11 | J | | |
| 628.  Lam Research Corp. | A | Dividend | J | T | Buy (add'l) | 11/01/11 | J | | |
| 629.  Lam Research Corp. | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Las Vegas Sands Corp. | A | Dividend | J | T | Buy | 08/18/11 | J | | |
| 631. Las Vegas Sands Corp. | A | Dividend | J | T | Sold (part) | 11/17/11 | J | | |
| 632. Las Vegas Sands Corp. | A | Dividend | J | T | Sold (part) | 12/06/11 | J | | |
| 633. Lear Corp. | A | Dividend | J | T | | | | | |
| 634. Legg Mason Clearbridge Appreciation Fund | B | Dividend | L | T | | | | | |
| 635. Legg Mason Inc. | A | Dividend | K | T | | | | | |
| 636. Limited Brands Inc. | A | Dividend | J | T | Buy (add'l) | 01/04/11 | J | | |
| 637. Limited Brands Inc. | A | Dividend | J | T | Buy (add'l) | 01/20/11 | J | | |
| 638. Limited Brands Inc. | A | Dividend | J | T | Buy (add'l) | 03/04/11 | J | | |
| 639. Limited Brands Inc. | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 640. Limited Brands Inc. | A | Dividend | J | T | Sold (part) | 04/13/11 | J | A | |
| 641. Limited Brands Inc. | A | Dividend | J | T | Sold (part) | 04/14/11 | J | A | |
| 642. Limited Brands Inc. | A | Dividend | J | T | Buy (add'l) | 06/20/11 | J | | |
| 643. Limited Brands Inc. | A | Dividend | J | T | Buy (add'l) | 07/15/11 | J | | |
| 644. Limited Brands Inc. | A | Dividend | J | T | Sold (part) | 09/30/11 | J | A | |
| 645. Limited Brands Inc. | A | Dividend | J | T | Sold (part) | 10/12/11 | J | A | |
| 646. Limited Brands Inc. | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 648. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 649. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |
| 650. Lowes Cos Inc. | A | Dividend | J | T | Buy (add'l) | 02/02/11 | J | | |
| 651. Lowes Cos Inc. | A | Dividend | J | T | Buy (add'l) | 02/10/11 | J | | |
| 652. Lowes Cos Inc. | A | Dividend | J | T | Buy (add'l) | 02/22/11 | J | | |
| 653. Lowes Cos Inc. | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 654. Lowes Cos Inc. | A | Dividend | J | T | Buy (add'l) | 04/14/11 | J | | |
| 655. Lowes Cos Inc. | A | Dividend | J | T | Sold (part) | 05/05/11 | J | A | |
| 656. Lowes Cos Inc. | A | Dividend | J | T | Sold (part) | 05/06/11 | J | A | |
| 657. Lowes Cos Inc. | A | Dividend | J | T | Sold (part) | 07/07/11 | J | A | |
| 658. Lowes Cos Inc. | A | Dividend | J | T | Sold (part) | 07/25/11 | J | A | |
| 659. Lowes Cos Inc. | A | Dividend | J | T | Sold (part) | 08/04/11 | J | A | |
| 660. Lowes Cos Inc. | A | Dividend | J | T | Buy (add'l) | 09/06/11 | J | | |
| 661. Lowes Cos Inc. | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 662. Lyondellbasell | A | Dividend | J | T | Buy | 05/24/11 | J | | |
| 663. Lyondellbasell | A | Dividend | J | T | Buy (add'l) | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

10/10/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  Lyondellbasell | A | Dividend | J | T | Buy (add'l) | 08/23/11 | J | | |
| 665.  Lyondellbasell | A | Dividend | J | T | Buy (add'l) | 10/03/11 | J | | |
| 666.  Marathon Oil Corp. | A | Dividend | J | T | Buy (add'l) | 08/17/11 | J | | |
| 667.  Marathon Oil Corp. | A | Dividend | J | T | Buy (add'l) | 09/27/11 | J | | |
| 668.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy | 08/01/11 | J | | |
| 669.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 08/05/11 | J | | |
| 670.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 08/16/11 | J | | |
| 671.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 08/17/11 | J | | |
| 672.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 08/24/11 | J | | |
| 673.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 09/23/11 | J | | |
| 674.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 09/27/11 | J | | |
| 675.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 676.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 10/03/11 | J | | |
| 677.  Marathon Petroleum Corp, | A | Dividend | J | T | Sold (part) | 11/16/11 | J | A | |
| 678.  Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 679.  Marvell Technology Group | A | Dividend | J | T | Sold (part) | 03/01/11 | J | A | |
| 680.  Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 05/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 09/22/11 | J | | |
| 682. Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 683. Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 10/20/11 | J | | |
| 684. Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 10/28/11 | J | | |
| 685. Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 11/01/11 | J | | |
| 686. Marvell Technology Group | A | Dividend | J | T | Buy (add'l) | 11/04/11 | J | | |
| 687. Medco Health Solutions Inc. | A | Dividend | J | T | | | | | |
| 688. McGraw Hill Cos. Inc. | A | Dividend | J | T | Buy | 05/05/11 | J | | |
| 689. McGraw Hill Cos. Inc. | A | Dividend | J | T | Buy (add'l) | 05/24/11 | J | | |
| 690. McKesson Corp. | A | Dividend | | | Buy | 02/18/11 | J | | |
| 691. McKesson Corp. | A | Dividend | | | Buy (add'l) | 02/23/11 | J | | |
| 692. McKesson Corp. | A | Dividend | | | Sold (part) | 03/28/11 | J | A | |
| 693. McKesson Corp. | A | Dividend | | | Sold (part) | 03/30/11 | J | A | |
| 694. McKesson Corp. | A | Dividend | | | Sold | 04/06/11 | J | A | |
| 695. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 696. Metlife Inc. | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 697. Metlife Inc. | A | Dividend | J | T | Buy (add'l) | 04/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Metlife Inc. | A | Dividend | J | T | Buy (add'l) | 04/14/11 | J | | |
| 699. Metlife Inc. | A | Dividend | J | T | Buy (add'l) | 04/25/11 | J | | |
| 700. Metlife Inc. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 701. Metlife Inc. | A | Dividend | J | T | Buy (add'l) | 05/24/11 | J | | |
| 702. Metlife Inc. | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 703. MGM Resorts International | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 704. Micron Technology Inc. | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 705. Micron Technology Inc. | A | Dividend | J | T | Buy (add'l) | 10/18/11 | J | | |
| 706. Micron Technology Inc. | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |
| 707. Micron Technology Inc. | A | Dividend | J | T | Buy (add'l) | 11/01/11 | J | | |
| 708. Micron Technology Inc. | A | Dividend | J | T | Buy (add'l) | 11/14/11 | J | | |
| 709. Microsoft Corp. | A | Dividend | | | Sold (part) | 01/14/11 | J | A | |
| 710. Microsoft Corp. | A | Dividend | | | Sold (part) | 02/01/11 | J | A | |
| 711. Microsoft Corp. | A | Dividend | | | Sold (part) | 02/02/11 | J | A | |
| 712. Microsoft Corp. | A | Dividend | | | Sold | 02/17/11 | J | A | |
| 713. Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 02/02/11 | J | | |
| 714. Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 02/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

     **Pollak, Cheryl L.**      10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 02/24/11 | J | | |
| 716.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 03/14/11 | J | | |
| 717.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 03/17/11 | J | | |
| 718.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 04/06/11 | J | | |
| 719.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 04/07/11 | J | | |
| 720.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 04/15/11 | J | | |
| 721.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 722.  Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 05/16/11 | J | | |
| 723.  Monsanto Co. | A | Dividend | J | T | Sold (part) | 08/01/11 | J | A | |
| 724.  Monsanto Co. | A | Dividend | J | T | Sold (part) | 08/11/11 | J | A | |
| 725.  Monsanto Co. | A | Dividend | J | T | Sold (part) | 10/14/11 | J | A | |
| 726.  Monsanto Co. | A | Dividend | J | T | Sold (part) | 11/04/11 | J | A | |
| 727.  Moody's Corp. | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 728.  Moody's Corp. | A | Dividend | J | T | Buy (add'l) | 04/08/11 | J | | |
| 729.  Moody's Corp. | A | Dividend | J | T | Buy (add'l) | 06/17/11 | J | | |
| 730.  Moody's Corp. | A | Dividend | J | T | Buy (add'l) | 06/20/11 | J | | |
| 731.  Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     | Name of Person Reporting     | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Morgan Stanley | A | Dividend | J | T | Buy (add'l) | 04/26/11 | J | | |
| 733. Morgan Stanley | A | Dividend | J | T | Sold (part) | 05/24/11 | J | A | |
| 734. Morgan Stanley | A | Dividend | J | T | Buy (add'l) | 12/05/11 | J | | |
| 735. Morgan Stanley NY Municipal | A | Dividend | K | T | Buy | 04/21/11 | J | | |
| 736. Motorola Solutions Inc. | A | Dividend | | | Buy | 03/01/11 | J | | |
| 737. Motorola Solutions Inc. | A | Dividend | | | Buy (add'l) | 03/10/11 | J | | |
| 738. Motorola Solutions Inc. | A | Dividend | | | Buy (add'l) | 03/14/11 | J | | |
| 739. Motorola Solutions Inc. | A | Dividend | | | Buy (add'l) | 05/20/11 | J | | |
| 740. Motorola Solutions Inc. | A | Dividend | | | Sold (part) | 06/29/11 | J | A | |
| 741. Motorola Solutions Inc. | A | Dividend | | | Sold (part) | 07/01/11 | J | A | |
| 742. Motorola Solutions Inc. | A | Dividend | | | Sold | 07/21/11 | J | A | |
| 743. Municipal Bonds-NY State | B | Interest | L | T | | | | | |
| 744. Nabors Industries Ltd. | A | Dividend | | | Buy | 02/22/11 | J | | |
| 745. Nabors Industries Ltd. | A | Dividend | | | Buy (add'l) | 03/24/11 | J | | |
| 746. Nabors Industries Ltd. | A | Dividend | | | Buy (add'l) | 03/29/11 | J | | |
| 747. Nabors Industries Ltd. | A | Dividend | | | Buy (add'l) | 06/24/11 | J | | |
| 748. Nabors Industries Ltd. | A | Dividend | | | Sold | 08/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. Netapp Inc. | A | Dividend | | | Buy | 05/16/11 | J | | |
| 750. Netapp Inc. | A | Dividend | | | Buy (add'l) | 05/27/11 | J | | |
| 751. Netapp Inc. | A | Dividend | | | Buy (add'l) | 06/01/11 | J | | |
| 752. Netapp Inc. | A | Dividend | | | Sold (part) | 07/28/11 | J | A | |
| 753. Netapp Inc. | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 754. Netflix Inc. | A | Dividend | | | Buy | 01/24/11 | J | | |
| 755. Netflix Inc. | A | Dividend | | | Buy (add'l) | 01/25/11 | J | | |
| 756. Netflix Inc. | A | Dividend | | | Buy (add'l) | 01/26/11 | J | | |
| 757. Netflix Inc. | A | Dividend | | | Sold (part) | 02/16/11 | J | A | |
| 758. Netflix Inc. | A | Dividend | | | Sold (part) | 02/17/11 | J | A | |
| 759. Netflix Inc. | A | Dividend | | | Sold | 02/18/11 | J | A | |
| 760. Newell Rubbermaid Inc. | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 761. Newell Rubbermaid Inc. | A | Dividend | J | T | Buy (add'l) | 10/27/11 | J | | |
| 762. Newfield Exploration Co. | A | Dividend | | | Sold (part) | 03/16/11 | J | A | |
| 763. Newfield Exploration Co. | A | Dividend | | | Sold (part) | 03/18/11 | J | A | |
| 764. Newfield Exploration Co. | A | Dividend | | | Sold (part) | 03/23/11 | J | A | |
| 765. Newfield Exploration Co. | A | Dividend | | | Sold (part) | 03/24/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Pollak, Cheryl L.

10/10/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Newfield Exploration Co. | A | Dividend | | | Buy (add'l) | 04/21/11 | J | | |
| 767. Newfield Exploration Co. | A | Dividend | | | Sold (part) | 06/07/11 | J | A | |
| 768. Newfield Exploration Co. | A | Dividend | | | Sold | 06/13/11 | J | A | |
| 769. News Corp. Inc. | A | Dividend | | | Sold (part) | 02/07/11 | J | A | |
| 770. News Corp. Inc. | A | Dividend | | | Sold (part) | 03/07/11 | J | A | |
| 771. News Corp. Inc. | A | Dividend | | | Sold (part) | 04/20/11 | J | A | |
| 772. News Corp. Inc. | A | Dividend | | | Sold (part) | 07/18/11 | J | A | |
| 773. News Corp. Inc. | A | Dividend | | | Sold (part) | 08/11/11 | J | A | |
| 774. News Corp. Inc. | A | Dividend | | | Sold (part) | 08/12/11 | J | A | |
| 775. News Corp. Inc. | A | Dividend | | | Sold (part) | 08/19/11 | J | A | |
| 776. News Corp. Inc. | A | Dividend | | | Sold | 09/02/11 | J | A | |
| 777. Nexen Inc. | A | Dividend | | | Sold | 10/14/11 | J | A | |
| 778. Nisource Inc.. | A | Dividend | | | Sold (part) | 03/07/11 | J | A | |
| 779. Nisource Inc.. | A | Dividend | | | Sold (part) | 04/29/11 | J | A | |
| 780. Nisource Inc. | A | Dividend | | | Sold | 05/03/11 | J | A | |
| 781. Noble Energy Inc. | A | Dividend | J | T | Buy (add'l) | 03/07/11 | J | | |
| 782. Noble Energy Inc. | A | Dividend | J | T | Buy (add'l) | 05/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Noble Energy Inc. | A | Dividend | J | T | Sold (part) | 10/07/11 | J | A | |
| 784. Noble Energy Inc. | A | Dividend | J | T | Sold (part) | 10/26/11 | J | A | |
| 785. Noble Energy Inc. | A | Dividend | J | T | Sold (part) | 11/16/11 | J | A | |
| 786. Northrop Grumman Corp. | A | Dividend | J | T | Buy (add'l) | 03/01/11 | J | | |
| 787. Northrop Grumman Corp. | A | Dividend | J | T | Sold (part) | 09/13/11 | J | A | |
| 788. Northrop Grumman Corp. | A | Dividend | J | T | Sold (part) | 10/14/11 | J | A | |
| 789. Northrop Grumman Corp. | A | Dividend | J | T | Sold (part) | 10/25/11 | J | A | |
| 790. Nustar Energy LP | A | Dividend | J | T | | | | | |
| 791. Nuveen Municipal Advantage | B | Interest | K | T | | | | | |
| 792. Nuveen New York Quality | A | Interest | J | T | Buy | 01/10/11 | J | | |
| 793. Nvidia Corp. | A | Dividend | | | Buy (add'l) | 01/04/11 | J | | |
| 794. Nvidia Corp. | A | Dividend | | | Sold | 02/14/11 | J | A | |
| 795. NV Energy Inc. | A | Dividend | J | T | Buy | 08/16/11 | J | | |
| 796. NV Energy Inc. | A | Dividend | J | T | Buy (add'l) | 11/22/11 | J | | |
| 797. NV Energy Inc. | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |
| 798. NVR Inc. | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 799. NVR Inc. | A | Dividend | J | T | Sold (part) | 11/09/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. N.Y. State Urban Development Bonds | A | Interest | J | T | | | | | |
| 801. New York Municipal Portfolio | A | Dividend | J | T | | | | | |
| 802. Occidental Petroleum | A | Dividend | | | Buy (add'l) | 01/18/11 | J | | |
| 803. Occidental Petroleum | A | Dividend | | | Sold (part) | 03/09/11 | J | B | |
| 804. Occidental Petroleum | A | Dividend | | | Sold (part) | 03/25/11 | J | A | |
| 805. Occidental Petroleum | A | Dividend | | | Buy (add'l) | 04/11/11 | J | | |
| 806. Occidental Petroleum | A | Dividend | | | Buy (add'l) | 04/21/11 | J | | |
| 807. Occidental Petroleum | A | Dividend | | | Sold (part) | 07/28/11 | J | A | |
| 808. Occidental Petroleum | A | Dividend | | | Sold (part) | 08/12/11 | J | A | |
| 809. Occidental Petroleum | A | Dividend | | | Sold (part) | 09/07/11 | J | A | |
| 810. Occidental Petroleum | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 811. Office Depot Inc. | A | Dividend | | | Sold (part) | 07/12/11 | J | A | |
| 812. Office Depot Inc. | A | Dividend | | | Sold | 08/10/11 | J | A | |
| 813. Oppenheimer Global Opportunity Fund | B | Dividend | L | T | | | | | |
| 814. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 03/01/11 | J | | |
| 815. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 03/17/11 | J | | |
| 816. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 03/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 05/23/11 | J | | |
| 818. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 06/24/11 | J | | |
| 819. Oracle Corp. | A | Dividend | J | T | Sold (part) | 09/08/11 | J | A | |
| 820. Oracle Corp. | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |
| 821. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 11/25/11 | J | | |
| 822. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |
| 823. Parker-Hannifin Corp. | A | Dividend | | | Sold (part) | 03/08/11 | J | A | |
| 824. Parker-Hannifin Corp. | A | Dividend | | | Sold | 06/17/11 | J | A | |
| 825. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 02/14/11 | J | A | |
| 826. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 09/22/11 | J | | |
| 827. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 828. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 10/25/11 | J | | |
| 829. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 10/28/11 | J | | |
| 830. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 11/18/11 | J | | |
| 831. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 12/09/11 | J | A | |
| 832. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 833. Perrigo Inc. | A | Dividend | J | T | Buy | 11/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

10/10/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. Perrigo Inc. | A | Dividend | J | T | Buy (add'l) | 11/18/11 | J | | |
| 835. Perrigo Inc. | A | Dividend | J | T | Buy (add'l) | 11/28/11 | J | | |
| 836. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 06/22/11 | J | | |
| 837. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 06/24/11 | J | | |
| 838. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 07/26/11 | J | | |
| 839. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 07/29/11 | J | | |
| 840. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 08/11/11 | J | | |
| 841. Potash Corp. of Saskatchewan | A | Dividend | J | T | Sold (part) | 02/14/11 | J | A | |
| 842. Potash Corp. of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 02/28/11 | J | | |
| 843. Potash Corp. of Saskatchewan | A | Dividend | J | T | Sold (part) | 03/11/11 | J | A | |
| 844. Potash Corp. of Saskatchewan | A | Dividend | J | T | Sold (part) | 03/16/11 | J | | |
| 845. Potash Corp. of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 04/26/11 | J | | |
| 846. Potash Corp. of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 04/28/11 | J | | |
| 847. Potash Corp. of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 05/06/11 | J | | |
| 848. Potash Corp. of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 849. Precision Castparts Corp. | A | Dividend | J | T | Buy | 06/15/11 | J | | |
| 850. Precision Castparts Corp. | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

Pollak, Cheryl L.

10/10/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. Precision Castparts Corp. | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 852. Precision Castparts Corp. | A | Dividend | J | T | Buy (add'l) | 10/03/11 | J | | |
| 853. Precision Castparts Corp. | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |
| 854. Precision Castparts Corp. | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 855. Precision Castparts Corp. | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |
| 856. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 03/14/11 | J | | |
| 857. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 03/23/11 | J | | |
| 858. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 03/24/11 | J | | |
| 859. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 860. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 04/18/11 | J | | |
| 861. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 05/17/11 | J | | |
| 862. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 07/12/11 | J | A | |
| 863. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 08/16/11 | J | A | |
| 864. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 10/28/11 | J | A | |
| 865. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 10/31/11 | J | A | |
| 866. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 11/08/11 | J | A | |
| 867. Putnam New Opportunities | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  PVH Corp. | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 869.  PVH Corp. | A | Dividend | J | T | Buy (add'l) | 10/18/11 | J | | |
| 870.  PVH Corp. | A | Dividend | J | T | Buy (add'l) | 10/19/11 | J | | |
| 871.  PVH Corp. | A | Dividend | J | T | Buy (add'l) | 12/21/11 | J | | |
| 872.  Qualcomm Inc. | A | Dividend | K | T | Buy | 01/27/11 | J | | |
| 873.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 874.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 02/02/11 | J | | |
| 875.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 02/11/11 | J | | |
| 876.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 02/15/11 | J | | |
| 877.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 02/18/11 | J | | |
| 878.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 03/18/11 | J | | |
| 879.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 03/22/11 | J | | |
| 880.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 03/29/11 | J | | |
| 881.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 03/31/11 | J | | |
| 882.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 04/21/11 | J | | |
| 883.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 04/26/11 | J | | |
| 884.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 06/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pollak, Cheryl L. | 10/10/2012 |

Pollak, Cheryl L.

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 07/15/11 | J | | |
| 886. Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 07/22/11 | J | | |
| 887. Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 09/08/11 | J | | |
| 888. Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 11/18/11 | J | | |
| 889. Raytheon Company | A | Dividend | | | Buy (add'l) | 03/04/11 | J | | |
| 890. Raytheon Company | A | Dividend | | | Buy (add'l) | 04/15/11 | J | | |
| 891. Raytheon Company | A | Dividend | | | Buy (add'l) | 05/02/11 | J | | |
| 892. Raytheon Company | A | Dividend | | | Sold (part) | 06/17/11 | J | A | |
| 893. Raytheon Company | A | Dividend | | | Sold (part) | 08/05/11 | J | A | |
| 894. Raytheon Company | A | Dividend | | | Sold | 08/16/11 | J | A | |
| 895. Reliance Steel & Aluminum | A | Dividend | | | Buy | 01/07/11 | J | | |
| 896. Reliance Steel & Aluminum | A | Dividend | | | Sold | 07/01/11 | J | A | |
| 897. Riverbed Technology Inc. | A | Dividend | | | Buy | 02/03/11 | J | | |
| 898. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |
| 899. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 02/16/11 | J | | |
| 900. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 02/25/11 | J | | |
| 901. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 03/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

10/10/2012

Page 57 of 70

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 04/26/11 | J | | |
| 903. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 05/04/11 | J | | |
| 904. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 05/11/11 | J | | |
| 905. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 05/13/11 | J | | |
| 906. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 05/24/11 | J | | |
| 907. Riverbed Technology Inc. | A | Dividend | | | Buy (add'l) | 07/07/11 | J | | |
| 908. Riverbed Technology Inc. | A | Dividend | | | Sold (part) | 07/26/11 | J | A | |
| 909. Riverbed Technology Inc. | A | Dividend | | | Sold (part) | 08/11/11 | J | A | |
| 910. Riverbed Technology Inc. | A | Dividend | | | Sold (part) | 08/25/11 | J | A | |
| 911. Riverbed Technology Inc. | A | Dividend | | | Sold (part) | 10/20/11 | J | A | |
| 912. Riverbed Technology Inc. | A | Dividend | | | Sold (part) | 10/28/11 | J | A | |
| 913. Riverbed Technology Inc. | A | Dividend | | | Sold (part) | 12/07/11 | J | A | |
| 914. Riverbed Technology Inc. | A | Dividend | | | Sold | 12/15/11 | J | A | |
| 915. Rochester Fund - Mutual Fund (Oppenheimer (Funds) | D | Dividend | M | T | | | | | |
| 916. Rockwell Automation Inc. | A | Dividend | J | T | Buy | 01/20/11 | J | | |
| 917. Rockwell Automation Inc. | A | Dividend | J | T | Buy (add'l) | 02/15/11 | J | | |
| 918. Rockwell Automation Inc. | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

FINANCIAL DISCLOSURE REPORT

Page 58 of 70

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. Rockwell Automation Inc. | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 920. Rockwell Automation Inc. | A | Dividend | J | T | Buy (add'l) | 08/16/11 | J | | |
| 921. Rockwell Automation Inc. | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 922. Rovi Corp. | A | Dividend | | | Sold (part) | 01/14/11 | J | A | |
| 923. Rovi Corp. | A | Dividend | | | Buy (add'l) | 01/31/11 | J | | |
| 924. Rovi Corp. | A | Dividend | | | Buy (add'l) | 02/15/11 | J | | |
| 925. Rovi Corp. | A | Dividend | | | Buy (add'l) | 02/17/11 | J | | |
| 926. Rovi Corp. | A | Dividend | | | Sold (part) | 04/20/11 | J | A | |
| 927. Rovi Corp. | A | Dividend | | | Buy (add'l) | 06/28/11 | J | | |
| 928. Rovi Corp. | A | Dividend | | | Sold (part) | 11/09/11 | J | A | |
| 929. Rovi Corp. | A | Dividend | | | Sold | 11/11/11 | J | A | |
| 930. Royal Caribbean Cruises Ltd. | A | Dividend | | | Sold (part) | 03/07/11 | J | A | |
| 931. Royal Caribbean Cruises Ltd. | A | Dividend | | | Buy (add'l) | 07/08/11 | J | | |
| 932. Royal Caribbean Cruises Ltd. | A | Dividend | | | Buy (add'l) | 08/12/11 | J | | |
| 933. Royal Caribbean Cruises Ltd. | A | Dividend | | | Sold | 08/29/11 | J | A | |
| 934. Safeway Inc. | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 935. Sara Lee Corp. | A | Dividend | | | Sold | 02/22/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 59 of 70 | Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. Salesforce.com Inc. | A | Dividend | J | T | Buy | 12/12/11 | J | | |
| 937. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 01/07/11 | J | D | |
| 938. Schlumberger Ltd | A | Dividend | K | T | Sold (part) | 01/11/11 | J | D | |
| 939. Schlumberger Ltd | A | Dividend | K | T | Sold (part) | 03/01/11 | J | D | |
| 940. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 03/03/11 | J | D | |
| 941. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 03/04/11 | J | D | |
| 942. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 03/28/11 | J | D | |
| 943. Schlumberger Ltd | A | Dividend | K | T | Sold (part) | 03/30/11 | J | D | |
| 944. Schlumberger Ltd | A | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 945. Schlumberger Ltd | A | Dividend | K | T | Buy (add'l) | 05/25/11 | J | | |
| 946. Schlumberger Ltd. | A | Dividend | K | T | Buy (add'l) | 10/04/11 | J | | |
| 947. Seagate Technology | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 948. Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 949. Smithfield Foods Inc. | A | Dividend | | | Sold (part) | 04/06/11 | J | A | |
| 950. Smithfield Foods Inc. | A | Dividend | | | Buy (add'l) | 05/17/11 | J | | |
| 951. Smithfield Foods Inc. | A | Dividend | | | Buy (add'l) | 05/25/11 | J | | |
| 952. Smithfield Foods Inc. | A | Dividend | | | Sold (part) | 06/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 60 of 70 | Name of Person Reporting Pollak, Cheryl L. | Date of Report 10/10/2012 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. Smithfield Foods Inc. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 954. Southwestern Energy | A | Dividend | | | Sold (part) | 01/14/11 | J | A | |
| 955. Southwestern Energy | A | Dividend | | | Sold (part) | 01/21/11 | J | A | |
| 956. Southwestern Energy | A | Dividend | | | Sold (part) | 02/14/11 | J | A | |
| 957. Southwestern Energy | A | Dividend | | | Buy (add'l) | 03/22/11 | J | | |
| 958. Southwestern Energy | A | Dividend | | | Sold (part) | 05/03/11 | J | A | |
| 959. Southwestern Energy | A | Dividend | | | Sold (part) | 06/10/11 | J | A | |
| 960. Southwestern Energy | A | Dividend | | | Sold (part) | 06/13/11 | J | A | |
| 961. Southwestern Energy | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 962. Spectra Energy | A | Dividend | J | T | | | | | |
| 963. Sprint Nextel Corp. | A | Dividend | | | Buy | 03/14/11 | J | | |
| 964. Sprint Nextel Corp. | A | Dividend | | | Buy (add'l) | 03/15/11 | J | | |
| 965. Sprint Nextel Corp. | A | Dividend | | | Buy (add'l) | 04/11/11 | J | | |
| 966. Sprint Nextel Corp. | A | Dividend | | | Buy (add'l) | 04/29/11 | J | | |
| 967. Sprint Nextel Corp. | A | Dividend | | | Buy (add'l) | 05/24/11 | J | | |
| 968. Sprint Nextel Corp. | A | Dividend | | | Sold (part) | 06/17/11 | J | A | |
| 969. Sprint Nextel Corp. | A | Dividend | | | Sold (part) | 06/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. Sprint Nextel Corp. | A | Dividend | | | Sold (part) | 07/26/11 | J | A | |
| 971. Sprint Nextel Corp. | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 972. Stanley Black & Decker, Inc. | A | Dividend | | | Buy (add'l) | 03/24/11 | J | | |
| 973. Stanley Black & Decker, Inc. | A | Dividend | | | Buy (add'l) | 04/05/11 | J | | |
| 974. Stanley Black & Decker, Inc. | A | Dividend | | | Buy (add'l) | 05/10/11 | J | | |
| 975. Stanley Black & Decker, Inc. | A | Dividend | | | Buy (add'l) | 05/16/11 | J | | |
| 976. Stanley Black & Decker, Inc. | A | Dividend | | | Buy (add'l) | 07/13/11 | J | | |
| 977. Stanley Black & Decker, Inc. | A | Dividend | | | Sold (part) | 08/11/11 | J | A | |
| 978. Stanley Black & Decker, Inc. | A | Dividend | | | Sold (part) | 09/08/11 | J | A | |
| 979. Stanley Black & Decker, Inc. | A | Dividend | | | Sold (part) | 09/12/11 | J | A | |
| 980. Stanley Black & Decker, Inc. | A | Dividend | | | Sold (part) | 09/19/11 | J | A | |
| 981. Stanley Black & Decker, Inc. | A | Dividend | | | Sold | 09/29/11 | J | A | |
| 982. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 983. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 07/19/11 | J | | |
| 984. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 08/11/11 | J | A | |
| 985. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 10/12/11 | J | A | |
| 986. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 10/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |
| 988. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 11/16/11 | J | A | |
| 989. Steel Dynamics Inc. | A | Dividend | | | Buy | 01/05/11 | J | | |
| 990. Steel Dynamics Inc. | A | Dividend | | | Buy (add'l) | 01/12/11 | J | | |
| 991. Steel Dynamics Inc. | A | Dividend | | | Sold | 05/31/11 | J | A | |
| 992. Suncor Energy Inc. | A | Dividend | | | Sold (part) | 02/23/11 | J | A | |
| 993. Suncor Energy Inc. | A | Dividend | | | Sold | 04/06/11 | J | A | |
| 994. Target Corp. | A | Dividend | | | Sold | 01/28/11 | J | A | |
| 995. Tax-Aware Overlay N Portfolio Class 1 | A | Dividend | P1 | T | Sold (part) | 01/20/11 | J | A | |
| 996. Tax-Aware Overlay N Portfolio Class 1 | A | Dividend | P1 | T | Sold (part) | 04/13/11 | J | A | |
| 997. Tax-Aware Overlay N Portfolio Class 1 | A | Dividend | P1 | T | Sold (part) | 07/15/11 | J | A | |
| 998. Tax-Aware Overlay N Portfolio Class 1 | A | Dividend | P1 | T | Sold (part) | 10/12/11 | J | A | |
| 999. Tax-Aware Overlay N Portfolio Class 1 | A | Dividend | P1 | T | Buy (add'l) | 12/13/11 | J | | |
| 1000. Tax-Aware Overlay A Portfolio Class A | A | Dividend | N | T | Buy | 12/13/11 | K | | |
| 1001. Tesoro Corp. | A | Dividend | | | Buy | 02/15/11 | J | | |
| 1002. Tesoro Corp. | A | Dividend | | | Sold | 08/10/11 | J | A | |
| 1003. Teva Pharmaceutical Ind. | A | Dividend | | | Buy (add'l) | 03/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 63 of 70

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

10/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. Teva Pharmaceutical Ind. | A | Dividend | | | Sold | 04/25/11 | J | A | |
| 1005. Time Warner Cable Inc. | A | Dividend | J | T | Sold (part) | 01/25/11 | J | A | |
| 1006. Time Warner Cable Inc. | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 1007. Time Warner Cable Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 1008. Time Warner Cable Inc. | A | Dividend | J | T | Buy (add'l) | 11/14/11 | J | | |
| 1009. Time Warner Cable Inc. | A | Dividend | J | T | Buy (add'l) | 11/22/11 | J | | |
| 1010. Transocean Ltd. | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 1011. Transocean Ltd. | A | Dividend | J | T | Buy (add'l) | 07/15/11 | J | | |
| 1012. Transocean Ltd. | A | Dividend | J | T | Buy (add'l) | 08/01/11 | J | | |
| 1013. Transocean Ltd. | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 1014. Transocean Ltd. | A | Dividend | J | T | Buy (add'l) | 10/17/11 | J | | |
| 1015. Transocean Ltd. | A | Dividend | J | T | Buy (add'l) | 11/10/11 | J | | |
| 1016. TRW Automotive Holdings Corp. | A | Dividend | J | T | Buy | 05/24/11 | J | | |
| 1017. TRW Automotive Holdings Corp. | A | Dividend | J | T | Buy (add'l) | 09/23/11 | J | | |
| 1018. TRW Automotive Holdings Corp. | A | Dividend | J | T | Buy (add'l) | 10/03/11 | J | | |
| 1019. TRW Automotive Holdings Corp. | A | Dividend | J | T | Buy (add'l) | 10/18/11 | J | | |
| 1020. Tyco Electronics Ltd. | A | Dividend | | | Sold (part) | 03/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. TE Connectivity Ltd. (formerly Tyco Electronics) Ltd.) | A | Dividend | | | Sold | 04/25/11 | J | A | |
| 1022. Tyson Foods Inc. | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 1023. Tyson Foods Inc. | A | Dividend | J | T | Buy (add'l) | 06/23/11 | J | | |
| 1024. Tyson Foods Inc. | A | Dividend | J | T | Buy (add'l) | 06/29/11 | J | | |
| 1025. Tyson Foods Inc. | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 1026. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 1027. U.S. Treasury Bills | A | Interest | L | T | | | | | |
| 1028. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 1029. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 1030. U.S. Treasury Securities | D | Interest | L | T | | | | | |
| 1031. U.S. Treasury Securities | D | Interest | L | T | | | | | |
| 1032. UBS Financial - Blackrock NY Municipal Trust | A | Interest | K | T | | | | | |
| 1033. UBS Financial - Blackrock Muni Term Trust | A | Interest | J | T | | | | | |
| 1034. UBS Financial - Powershares | A | Dividend | J | T | | | | | |
| 1035. United Parcel | A | Dividend | J | T | Buy (add'l) | 07/27/11 | J | | |
| 1036. United Technologies Corp. | A | Dividend | | | Buy | 07/22/11 | J | | |
| 1037. United Technologies Corp. | A | Dividend | | | Buy (add'l) | 07/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. United Technologies Corp. | A | Dividend | | | Buy (add'l) | 07/27/11 | J | | |
| 1039. United Technologies Corp. | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 1040. Unitedhealth Group Inc. | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 1041. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 06/20/11 | J | | |
| 1042. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 1043. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 08/08/11 | J | | |
| 1044. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 1045. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 1046. Unitedhealth Group Inc. | A | Dividend | J | T | Sold (part) | 09/19/11 | J | A | |
| 1047. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 1048. Unitedhealth Group Inc. | A | Dividend | J | T | Buy (add'l) | 11/10/11 | J | | |
| 1049. Unitedhealth Group Inc. | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 1050. UTS Equity | A | Dividend | K | T | | | | | |
| 1051. Vanguard | A | Interest | K | T | | | | | |
| 1052. Vertex Pharmaceuticals Inc. | A | Dividend | | | Sold | 02/25/11 | J | A | |
| 1053. VF Corp. | A | Dividend | J | T | Buy | 08/01/11 | J | | |
| 1054. Viacom Inc. | A | Dividend | J | T | Buy (add'l) | 06/02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. Viacom Inc. | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 1056. Viacom Inc. | A | Dividend | J | T | Buy (add'l) | 06/14/11 | J | | |
| 1057. Visa Inc. | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 1058. Visa Inc. | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 1059. Vodafone Group | A | Dividend | | | Buy (add'l) | 01/03/11 | J | | |
| 1060. Vodafone Group | A | Dividend | | | Sold | 03/14/11 | J | A | |
| 1061. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 03/04/11 | J | A | |
| 1062. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 03/16/11 | J | A | |
| 1063. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 04/06/11 | J | | |
| 1064. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |
| 1065. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 08/09/11 | J | | |
| 1066. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 08/17/11 | J | | |
| 1067. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 08/19/11 | J | | |
| 1068. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 10/12/11 | J | A | |
| 1069. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 10/31/11 | J | A | |
| 1070. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |
| 1071. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 12/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. Wellpoint Inc. | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 1073. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 03/14/11 | J | | |
| 1074. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 04/08/11 | J | | |
| 1075. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 04/26/11 | J | | |
| 1076. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 05/02/11 | J | | |
| 1077. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 05/04/11 | J | | |
| 1078. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 05/20/11 | J | | |
| 1079. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 1080. Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 08/12/11 | J | | |
| 1081. Wellpoint Inc. | A | Dividend | J | T | Sold (part) | 12/05/11 | J | A | |
| 1082. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 02/18/11 | J | A | |
| 1083. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 02/22/11 | J | A | |
| 1084. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 04/19/11 | J | A | |
| 1085. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 04/28/11 | J | A | |
| 1086. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 05/05/11 | J | A | |
| 1087. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 05/19/11 | J | A | |
| 1088. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 08/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 09/06/11 | J | | |
| 1090. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 10/27/11 | J | A | |
| 1091. Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 11/02/11 | J | | |
| 1092. Western Asset N.Y Muni Mrkt. | A | Interest | J | T | Buy | 01/31/11 | J | | |
| 1093. Western Asset N.Y Muni Mrkt. | A | Interest | J | T | Redeemed (part) | 04/21/11 | J | A | |
| 1094. XL Group PLC (formerly XL Capital Ltd.) | A | Dividend | | | Sold | 01/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 69 of 70

Name of Person Reporting

Pollak, Cheryl L

Date of Report

10/10/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 9 of 70, line 94 Bank of America - CD; This was mistakenly reported as a CD held by Citibank; actually it was held by Bank of America.

Part VII, Page 13 and Page 14 of 70, lines 168 - 172; CB Richard Ellis Group Inc. was renamed CBRE Group Inc. on 10/03/11.

Part VII, Page 36 of 70; line 548; Huntington Ingalls Indust. is a spinoff of Northrop Grumman Corp. effective 3/31/11.

Part VII, Page 37 of 70; line 571; IRA-Citibank CD. Through thorough investigations with Citibank, it appears that the prior 2 entries for IRA-Citibank-Balanaced Portfolio is in fact only 1 IRA- Citibank CD.
Therefore, the report now reflects the two prior IRA-Citibank- Balanaced Portfolio entries are now absorbed into one entry as IRA-Citibank CD.

Part VII, Page 64 of 70; line 1021; Tyco Electronics was renamed TE Connectivity Ltd. on 3/17/11.

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 10/10/2012 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl L. Pollak**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544